# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| PATRICK EDWARDS | **NOTICE OF APPEARANCE** |
| Plaintiff | Case No: 02-CV-00173-MJD |
| v. | |
| BAYER CORPORATION | |
| Defendant. | |

Pursuant to Rule 83.7(b) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby notifies the Court and counsel that Eugene A. Spector, Jeffrey J. Corrigan, and William G. Caldes shall appear as counsel of record for Plaintiff Patrick Edwards in this case.

Dated: December 21, 2005

Original Signature on File with Filing Attorney
Eugene A. Spector
Jeffrey J. Corrigan
William G. Caldes
SPECTOR, ROSEMAN & KODROFF, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Tel. (215) 496-0300
Fax (215) 496-6611
espector@srk-law.com
jcorrigan@srk-law.com
bcaldes@srk-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this day a true and correct copy of the attached Notice of Appearance was electronically served on attorneys of record and liaison counsel.

Dated: December 21, 2005

Original Signature on File with Filing Attorney
William G. Caldes